IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

    MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )   CRIMINAL ACTION NO.
                            )       1:13cr146-MHT
TIMOTHY DUNLAP              )          (WO)
```

                              ORDER

    In light of the court's recent opinion in <u>United States of America v. Klear</u>, criminal action no. 3:13cr122-MHT (doc. no. 28), it is ORDERED that, on or before noon on February 26, 2014, the parties are to file briefs that address the four factors articulated in that opinion. Those factors, as applied to defendant Timothy Dunlap, are: (1) the nature of Dunlap's collection and collecting behavior; (2) his contact with other child pornography collectors; (3) his previous criminal sexually dangerous behavior; and (4) whether there should be an adjustment because he has high scores on multiple factors. These factors should be addressed as they are fully fleshed out in <u>Klear</u>. In doing so, the parties

should consider, but are not limited to, the following questions:

- Are the images in the unallocated space of defendant Dunlap's computer the same images as on the various disks from defendant Dunlap's apartment?

- How big is this collection relative to other child pornography collections?

- How long was defendant Dunlap engaged in seeking child pornography?

- How was the pornography organized on defendant Dunlap's disks?

- Were there other data or media on the disks? That is, were there specifically backups of his child pornography, or backups of his entire computer, which happened to contain child pornography?

- Does defendant Dunlap dispute the government's characterization of the ages of the minors

    portrayed in a significant portion of the pornography or of the conduct portrayed?

- Does the government have evidence that defendant Dunlap consciously or affirmatively chose to distribute the pornography over Limewire, rather than having it be incidentally available while he was downloading it?

DONE, this the 24th day of February, 2014.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE